# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIO WHITLOW, ADC #160565 | | PLAINTIFF |
| v. | 2:18-cv-1-DPM | |
| WENDY KELLEY, Director, Arkansas Department of Correction; JACKSON, Warden, EARU Maximum Security Unit, ADC; KENYON V. RANDLE, EARU Maximum Security Unit, ADC; and FIDEL COBB, Cpl., EARU Maximum Security Unit, ADC | | DEFENDANTS |

## ORDER

1. The Court withdraws the reference.

2. Whitlow's motion to dismiss, № 4, is granted. His complaint will be dismissed without prejudice. His motion for leave to proceed *in forma pauperis*, № 3, is denied as moot.

So Ordered.

*[signature]*
D. P. Marshall Jr.
United States District Judge

29 January 2018