# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ANTONIO WHITLOW,
ADC #160565                                                                PLAINTIFF

v.                      2:18-cv-1-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; JACKSON,
Warden, EARU Maximum Security Unit,
ADC; KENYON V. RANDLE, EARU Maximum
Security Unit, ADC; and FIDEL COBB, Cpl.,
EARU Maximum Security Unit, ADC                                            DEFENDANTS

## JUDGMENT

The complaint will be dismissed without prejudice.

_____
D. P. Marshall Jr.
United States District Judge

29 January 2018