# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ANTONIO WHITLOW,
ADC #160565                                                                    PLAINTIFF

v.                                    No. 2:18-cv-1-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction;   JACKSON,
Warden, EARU Maximum Security Unit,
ADC;   KENYON V. RANDLE, EARU Maximum
Security Unit, ADC;   and FIDEL COBB, Cpl.,
EARU Maximum Security Unit, ADC                                    DEFENDANTS

## ORDER

Motion to dismiss, № 7, denied as moot. The Court already dismissed this case on Whitlow's motion. The Court directs the Clerk to send Whitlow another copy of that Order and the Judgment. № 5 & 6.

So Ordered.

*D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

 1 February 2018